IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRIS MITCHELL**                                                                 **PLAINTIFF**

**v.**                       **Case No. 3:25-cv-00059-KGB**

**CORNERSTONE NATIONAL
INSURANCE COMPANY**                                          **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion for approval of settlement and dismissal with prejudice (Dkt. No. 9). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint motion for approval of settlement and dismissal with prejudice (*Id.*). The Court dismisses the action with prejudice.

It is so ordered this 29th day of December, 2025.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge